# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>RALPH RUDD,<br><br>                    Defendant. | Case No. 2:15-cr-204-APG<br><br>**ORDER TO AMEND JUDGMENT** |

GOOD CAUSE having been shown, and with the concurrence of the United States Probation Office, the Court's previous October 28, 2015 judgment in this cause is hereby modified substituting the requirement of a $2,000 monetary payment to a cancer research facility as approved by the United States Probation Office in place of the previously stated requirement that the defendant perform 30 hours of community service. The $2,000 payment is to be made within 45 days of the date of this order.

IT IS SO ORDERED.

Dated: February 24, 2016

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1