# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-204-APG-(GWF) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| RALPH RUDD, | |
| Defendant. | |

The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant Ralph Rudd to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant Ralph Rudd pled guilty. Criminal Information, ECF No. 4; Plea Agreement, ECF No. 6; Arraignment and Plea, ECF No. 11; Amended Preliminary Order of Forfeiture, ECF Nos. 15 and 22.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 11, 2015, through September 9, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 18.

/ / /

On August 24, 2015, the United States filed a proposed Settlement Agreement for Entry of Order of Forfeiture as to Edward Rudd and Order (ECF No. 16). On August 25, 2015, the Court granted the Settlement Agreement for Entry of Order of Forfeiture as to Edward Rudd (ECF No. 17).

On March 26, 2018, Hui Li Rudd waived Service of Process relating to forfeiture matters in this case.

On April 17, 2018, the United States filed a proposed Stipulation for Entry of Order of Forfeiture as to Vincent Mauro and Order (ECF No. 29). On April 19, 2018, the Court granted the Stipulation for Entry of Order of Forfeiture as to Vincent Mauro (ECF No. 32).

On April 17, 2018, the United States filed a proposed Stipulation for Entry of Order of Forfeiture as to Richard Bari Sklar and Order (ECF No. 30). On April 19, 2018, the Court granted the Stipulation for Entry of Order of Forfeiture as to Richard Bari Sklar (ECF No. 31).

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law, the Settlement Agreement, and the Stipulations:

1. $99,097 in United States Currency;
2. $15,010 in United States Currency;
3. $62,213 in United States Currency;

4. a Western Union $600 money order with blank payee field, number xx-xxxxx0842;
5. a Western Union $110 money order with blank payee field, number xx-xxxxx0843;
6. a Western Union $170 money order with blank payee field, number xx-xxxxx6356;
7. $11,952.75 in United States Currency;
8. $17,304 in United States Currency;
9. $1,475 in United States Currency;
10. $109,900 in United States Currency; and
11. Various jewelry including four (4) white colored stone rings, one (1) white colored bracelet with white stones, one (1) yellow colored bracelet, one (1) yellow colored watch with white stones, four (4) yellow colored rings, three (3) yellow colored pendants, one (1) purple colored stone ring, one (1) green stone ring, one (1) yellow ring with white stone, one (1) green colored pendant, one (1) yellow colored coin, one (1) brown colored pendant, two (2) white colored coins, two (2) yellow colored necklaces, and two (2) yellow pendants with white stones

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law, the Settlement Agreement, and the Stipulations.

///

///

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies
2 of this Order to all counsel of record.
3     Dated: April 27, 2018.

                                                  UNITED STATES DISTRICT JUDGE